IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GREGORIO TOLEDO-FERNANDEZ,<br><br>**Petitioner,**<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>**Respondent.** | **CIVIL NO.** 06-1861 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on May 10, 2007. (Docket No. 7). In his Report and Recommendation, the Magistrate-Judge recommends that the motion for relief under 28 U.S.C. § 2255 filed by petitioner Gregorio Toledo-Fernandez pro se (Docket No. 1), be denied.

Neither party filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. See D.P.R. Local Civ. R. 72(d).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety and accordingly, **DENIES** petitioner's motion. Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of July 2007.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge